IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:23-cv-01019-LCB-LPA

| | |
|---|---|
| HOLCIM (US) INC., <br><br> Plaintiff, <br><br> v. <br><br> CARSON INDUSTRIES, INC., GREGORY K. PYRTLE, and PYRTLE VENTURES LLC, <br><br> Defendants. | **JOINT NOTICE OF SETTLEMENT** |

    Plaintiff Holcim (US) Inc. and Defendant Carson Industries, Inc. ("Carson") hereby jointly notify the Court that they have entered into a confidential settlement agreement under which, if acceptable to the Court, a notice of a voluntary dismissal with prejudice of all claims brought against Carson will be filed on or before November 14, 2025, subject to the satisfactory performance of the parties' obligations under the settlement agreement on or before that date. Each party is to bear its own attorneys' fees and costs.

    Respectfully submitted this is the 19th day of May, 2025.

 

/s/ Benjamin B. Tymann
Benjamin B. Tymann*
Massachusetts BBO #652011
J. Patrick Yerby*
Massachusetts BBO #664123
**TYMANN, DAVIS & DUFFY, LLP**
One Boston Place, Suite 2600
Boston, MA  02108
617.933.9490
btymann@tddlegal.com
*Counsel for Plaintiff*

*Appearing pursuant to LR 83.1(d).

Joseph H. Nanney, Jr.
N.C. Bar No. 18355
**MEYNARDIE & NANNEY, PLLC**
101 Glen Lennox Drive, Suite 300
Chapel Hill, NC 27517
joe@mnlaw-nc.com
Telephone: (919) 747-7374
Facsimile: (919) 891-0006

**WOMBLE BOND DICKINSON (US) LLP**

 /s/ James Derrick
James Derrick (N.C. Bar No. 39632)
301 S. College St., Suite 3500
Charlotte, NC 28202
Telephone: (704) 331-4990
James.Derrick@wbd-us.com

*Counsel for Defendant Carson Industries*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed the foregoing Joint Notice of Settlement in this action by filing a copy with the Court via the Court's electronic filing system, which shall notify all counsel of the filing.

Respectfully submitted May 19, 2025.

 */s/ Joseph H. Nanney, Jr.*
Joseph H. Nanney, Jr.